

# Wisconsin Court of Appeals

## 2016 WI App 80

(Also reported in 888 N.W.2d 22.)

| | | | |
|---|---|---|---|
| Fisher v. Compassionate Doctors, Inc.† | 2014AP000953 | 09–20–2016 | Affirmed |
| Hosto v. Rebhan | 2014AP001685 | 09–08–2016 | Affirmed |
| State v. Heath† | 2014AP002466 CR | 09–15–2016 | Affirmed |
| State v. Salaam | 2014AP002666 CR through 2014AP002667 CR | 09–13–2016 | Affirmed/ reversed/ remanded |
| State v. Grafton | 2015AP000218 | 09–30–2016 | Affirmed |
| Gerhartz v. Town of Lomira | 2015AP000243 | 09–22–2016 | Affirmed |
| State v. Grady | 2015AP000538 | 09–20–2016 | Affirmed |

† Petition to review filed.